07-CV-00490-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAY CHOR LAM,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO.   C07-490-MJP-JPD
(CR06-208-MJP)

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255

The Court, having reviewed the motion for relief under 28 U.S.C. § 2255, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's motion for relief under 28 U.S.C. § 2255 (Dkt. No. 1) is DENIED, and this case is DISMISSED with prejudice.

(3)   The Clerk is directed to send copies of this Order to petitioner, to the United States Attorney, and to Judge Donohue.

DATED this 13 day of August, 2007.

MARSHA J. PECHMAN
United States District Judge

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255 - 1